RECEIVED IN
COURT OF CRIMINAL APPEALS

FILED IN
COURT OF CRIMINAL APPEALS.
DEC 21 2015
Abel Acosta, Clerk

DEC 21 2015

Abel Acosta, Clerk

12 - 12 dicienbre 2015

Que la pas de Dios este con usted señor abel Acosta.

deseo saber si fue aprobeda mi apelacion si la tiene en archibo, Dijente yo estoy acusado falzamente estoy en Holliday unit otra ber.

si usted desea escriberme espero la contestacion lo más pronto posible, ya que estoy preocupado x sino que a probado boy a hestar muchos años en la carcel pagando algo que no es verdad yo deceo que si usted decea alludarme por fabor alludeme, ya que ami no me deja rón testificar yo tengo un Inpedimento mental.

ahora lla empece arecuperar el conocimiento un poco y creo que ya puedo testificar, o si necesito un abogado digame para yo solicitar ueno por mi cuenta.

espero una carta en español y una en Ingles. para precentarla al fuez de migracion ellos dicen que no entienden español para eso deceo la carta en hingles. pero yo no entiendo Ingles x eso deceo una carta para mi en español.

Cuidence que el Dios todo poderoso este con ustedes los amo en el amor de Dios.



PD-1574-15

COA#
03-14-00324-CR

The peace of God be with you
Mr. Abel Acosta

I desire to know if my application was approved or if its been filed. I'm at the Holleday unit once again

If you wish to write to me, I will your response ASAP. I am worried I will be in jail for something that is not true. I hope that if you want to help me, please help me. They did not let me testify that I have a mental impairment. I'm now starting to recuperate my memory and believe I can now testify or if I need an attorney allow me to solicit one on my own.

I hope to receive a letter in Spanish and one in English so I can present it to the judge/magistrate, they say they do not understand Spanish, that's

Why I need the letter in English

But I do not understand
English so I'm requesting one
in Spanish for me.

Take care and Almighty God
be with you all.